FILED.

DATED: 10:54 am, July 29, 2021

U.S. MAGISTRATE JUDGE

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   JIM W. FANG
3  Assistant United States Attorney
   501 Las Vegas Blvd. South, Suite 1100
4  Las Vegas, Nevada 89101
   Phone: (702) 388-6336
5  Email: jim.fang@usdoj.gov
   *Attorneys for the United States of America*

6

**UNITED STATES DISTRICT COURT**
7  **FOR THE DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,          Case No. 2:21-mj-333-BNW

9            Plaintiff,               **MOTION TO UNSEAL**

10              v.

11  BREON DANTE MIMS,

12            Defendant.

13

14         The government hereby respectfully request that this Court unseal the instant matter. The

15  government originally moved to seal this matter due to concerns that defendant my attempt to

16  flee, hide, or otherwise make his arrest more difficult or impossible, and that he may also make

17  preparations to actively resist arrest, potentially placing law enforcement officers in danger. Since

18  then, defendant has in fact been apprehended in the Eastern District of California pursuant to the

19  arrest warrant issued in this matter. As such, the government's concerns are now moot, and in

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

the interest of public disclosure of criminal matters, the government hereby respectfully request

that this matter be unsealed.

DATED this 29th day of July, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

**IT IS SO ORDERED**

**DATED:** 10:54 am, July 29, 2021

JIM W. FANG
Assistant United States Attorney

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2