RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Breon Dante Mims

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BREON DANTE MIMS,<br><br>　　　　Defendant. | Case No. 2:21-mj-00333-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Fifth Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Breon Dante Mims, that the Preliminary Hearing currently scheduled on January 25, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Parties have entered negotiations and need the additional time to resolve this matter.

　　　2.　　Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the Fifth request for continuance filed herein.

DATED this 24th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>BREON DANTE MIMS,<br><br>           Defendant. | Case No. 2:21-mj-00333-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 25, 2022 at the hour of 3:30 p.m., be vacated and continued to _April 7, 2022_ at 3:30 p.m.

DATED this <u>24th</u> day of January, 2022.

_____
ATES MAGISTRATE JUDGE