RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Breon Dante Mims

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BREON DANTE MIMS,<br><br>　　　　　Defendant. | Case No. 2:21-mj-00333-BNW<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Breon Dante Mims, that the Preliminary Hearing currently scheduled on December 6, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (90) days.

This Stipulation is entered into for the following reasons:

1. The parties are continuing to discuss a proposed resolution, but are close to resolving the matter. Mr. Mims is now in custody at a state facility in California and, thus, communications between Mr. Mims and undersigned counsel are more limited.

2. Mr. Mims is in custody and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the ninth request for continuance filed herein.

DATED this 23rd day of November, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BREON DANTE MIMS,<br><br>　　　　Defendant. | Case No. 2:21-mj-00333-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 6, 2022 at the hour of 3:00 p.m., be vacated and continued to March 7, 2023 at 2:00 p.m. in a Las Vegas courtroom to be determined.

　　DATED this 28th day of November, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE