DABRENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Keisha_Matthews@fd.org

Attorney for Breon Dante Mims

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BREON DANTE MIMS,

Defendant.

Case No. 2:23-cr-00011-GMN-DJA-1

**STIPULATION TO CONTINUE REVOCATION HEARING**
(First Request)

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting United States Attorney General, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Breon Dante Mims, that the Revocation Hearing currently scheduled on August 5, 2026, be vacated and continued to a date and time convenient to the Court but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is out the district on the scheduled date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of July 2026.

RENE L. VALLADARES
Federal Public Defender

By /s/ Keisha K. Matthews
KEISHA K. MATTHEWS
Assistant Federal Public Defender

TODD BLANCHE
Acting United States Attorney General

By /s/ Daniel J. Cowhig
DANIEL J. COWHIG
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BREON DANTE MIMS,<br>Defendant. | Case No. 2:23-cr-00011-GMN-DJA-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 5, 2026 at 11:00 a.m., be vacated and continued November 4, 2026 at the hour of 10:00 a.m.

DATED this 28 day of July 2026.

UNITED STATES DISTRICT JUDGE