**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BREON DANTE MIMS,

Defendant.

Case No. 2:23-cr-00011-GMN-DJA-1

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for November 4, 2026 at 10:00 a.m., be vacated and continued February 2, 2027 at the hour of 10:00 a.m.

DATED this 30 day of October, 2026.

UNITED STATES DISTRICT JUDGE