**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

BREON DANTE MIMS,

Defendant.

Case No. 2:23-cr-00011-GMN-DJA-1

**ORDER**

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 2, 2027 at 10:00 a.m., be vacated and advanced to December 1, 2026 at the hour of 9:00 a.m.

DATED this 10 day of November, 2026.

UNITED STATES DISTRICT JUDGE